*Baker* and *Mr. Sidney T. Smith* for petitioner.   *Mr. Charles S. Wheeler* for respondent.

---

No. 531. LOUISVILLE AND NASHVILLE RAILROAD COMPANY, PETITIONER, *v.* J. M. SUMMERS, ADMINISTRATOR, ETC.   January 25, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. W. Judd* for petitioner.   No appearance for respondent.

---

No. 551. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF KEARNY, KAN., PETITIONER, *v.* LOUISE M. IRVINE; and No. 552. BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF KEARNY, KAN., PETITIONER, v. WILLIAM EDWARD COFFIN ET AL.   January 25, 1904.   Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. Milton Brown, Mr. George Getty* and *Mr. Chester I. Long* for petitioners.   No appearance for respondents.

---

No. 530. J. EDWARD ADDICKS, PETITIONER, *v.* SAMUEL L. KENT.   February 1, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.  *Mr. John G. Johnson* for petitioner.   *Mr. Silas W. Pettit* for respondent.